C001884 Case 3:06-cv-00150-JWS  Document 1-3  Filed 06/20/2006  Page 1 of 2



**IRS** Department of the Treasury
Internal Revenue Service
CINCINNATI, OH   45999-0029

7112 7667 8552 9507 9412

Notice Number: CP77
Notice Date: JULY 19, 2004
Social Security Number:
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

Collection Assistance:
1-800-829-3903

BRADLEY A HASLETT
PO BOX 110570
ANCHORAGE   AK   99511-0570706

279-9926

RECEIVED
AUG - 3 2004
VIA FAX
GOERIG & ASSOCIATES, LLC

## FINAL NOTICE
### NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
*PLEASE RESPOND IMMEDIATELY*

We previously asked you to pay the federal tax shown on the next page, but we haven't received your payment. Because our records show an unpaid balance, we can collect by levying and, if necessary, selling your property or rights to property as long as we inform you 30 days before taking action.

We are officially notifying you that we intend to levy on your property or your rights to property as allowed by Internal Revenue Code (IRC) Section 6331. This notice also notifies you of your appeal rights under IRC Section 6330.

### WHAT YOU CAN DO
Please call us immediately at the telephone number shown above to let us know whether you will:
- Pay the full amount you owe listed in this notice;
- Give us proof of full payment or payments you think we haven't applied to your account;
- Request payment arrangements (i.e. installment agreement, offer in compromise, etc.); or
- Appeal our intended actions by requesting a Collection Due Process Hearing (explained below) within 30 days from the date of this notice.

When paying your tax, make your check or money order payable to the **United States Treasury**. Write your Social Security Number and the tax year(s) on your payment. Send payment or proof of payment and the attached payment stub to us in the enclosed envelope.

### WHAT HAPPENS IF YOU DO NOTHING
If you do not take one of the steps listed above within 30 days from the date of this notice, the law allows us to levy and, if necessary, sell your property and rights to property. Property includes bank accounts, wages, commissions, business assets, automobiles, real estate, and other income or assets. For Alaska residents, this may include your Alaska Permanent Fund Dividend.

We may also file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that lets your creditors know that the government has a right to your current assets and any assets you acquire after we file the lien.

### ACCOUNT INFORMATION
You will find the amounts you owe the IRS listed on the next page. The amount you owe includes tax, penalties, and interest that you still owe, and also reflects any credits and payments we've received through the date of this notice. Penalty and interest charges continue to accrue until the total amount you owe is paid in full. These charges are known as Statutory Additions and are explained on the following pages.

### KNOW YOUR RIGHTS
We have enclosed Publication 594, which explains our Collection Process, Publication 1660 to explain your Collection Appeal Rights, and Form 12153, to request a Collection Due Process Hearing.

Enclosures:
Copy of this Notice
Publication 594, IRS Collection Process
Publication 1660, Collection Appeal Rights
Form 12153, Request for a Collection Due Process Hearing
Envelope

CP 77 (Rev. 7-2003)

Complaint Ex. B, p. 1
Haslett v. USA

Received  Aug-03-2004  09:35am  From-907 868 2293  To-

## ACCOUNT INFORMATION

BRADLEY A HASLETT    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

| Form Number | Tax Period | Assessed Balance | Statutory Additions | | Amount You Owe |
| --- | --- | --- | --- | --- | --- |
| | | | Paying Late Penalty | Interest | |
| CVL PEN | JUNE 30, 2000 | $43,557.82 | $.00 | $615.81 | $44,173.63 |
| CVL PEN | SEP. 30, 2000 | $296,518.27 | $.00 | $4,127.64 | $300,645.91 |
| CVL PEN | DEC. 31, 2001 | $1,705.91 | $.00 | $23.79 | $1,729.70 |

---

**Payment Stub**    Fold and return this page with your request, inquiry, or payment.

SB W    CP-77

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

Your Telephone Number:    Best Time to Call    Amount you owe: $346,549.24

( ) ___-___    ___ AM ___ PM    Less payments not included

Adjusted amount

BRADLEY A HASLETT
PO BOX 110570
ANCHORAGE AK   99511-0570706

Internal Revenue Service
CINCINNATI, OH  45999-0029

Complaint Ex. B, p. 2
Haslett v. USA

Received  Aug-03-2004  09:35am    From-907 868 2293    To-    Page 002