**Internal Revenue Service**
Appeals Office
200 West Adams Street
Suite 600
Chicago, IL 60606

Date:

BRADLEY A HASLETT
P.O. BOX 110570
ANCHORAGE AK 99511

**Department of the Treasury**

**Person to Contact:**
  CYNTHIA E. MORRISON
  Employee ID Number: 3-25284
  Tel: 312-582-6866
  Fax: 312-582-6809
**Refer Reply to:**
  AP:FW:IL:CHI:CM
**In Re:**
  Trust Fund Recovery Penalty
**Form Number:**
  941
**Amount of Claim:**
  $347,187.92
**Tax Period(s) Ended:**
  06/2000 09/2000 12/2001

Dear Mr. Haslett:

I have completed my review of your claim for abatement and/or refund of taxes that we have charged you. Based on the information submitted, there is no basis to allow any part of your claim.

You may pursue this matter further by filing suit in either the United States District Court or the United States Court of Federal Claims. If you decide to do this, you must file the suit within two-years from the date on the letter denying your claim, which Salt Lake City Technical Services mailed to you on June 24, 2004. However, if you signed a waiver of the notice of disallowance (Form 2297), the two-year period began on the date you filed that waiver.

Please note: Your two-year period has *NOT* been shortened or extended by our reconsideration of your claim.

If you have any questions, please call me at the above phone number.

Sincerely,

CYNTHIA E. MORRISON
Appeals Officer

cc: George E. Goerig

RECEIVED
MAR 2 2006
GEORGE LAW OFF

Complaint Ex. C, p. 1
Haslett v. USA