George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Ste. 301
Anchorage, AK 99501
907-278-9926/Fax: 907-279-9926
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 3:06-CV-00150 JWS |
| UNITED STATES OF AMERICA, ) | |
| ) | DEMAND FOR JURY TRIAL |
| Defendant. ) | |
| _____ ) | |

Plaintiff BRADLEY A. HASLETT demands trial by jury in the above-entitled action.

DATED at Anchorage, Alaska, this 26th day of June, 2006.

            /s/
            George E. Goerig
            Law Office of George E. Goerig, LLC
            ABA No. 7610092
            1007 West 3rd Avenue, Ste. 301
            Anchorage, AK 99501
            Phone: 907-278-9926
            Fax: 907-279-9926
            Email: ggoerig@goeriglaw.com