George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Ste. 301
Anchorage, AK 99501
907-278-9926/ Fax: 907-279-9926
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 3:06-CV-00150 JWS |
| UNITED STATES OF AMERICA, ) | |
| ) | CERTIFICATE OF SERVICE |
| Defendants. ) | |
| ) | |

I, George E. Goerig, hereby certify that on June 26, 2006, a copy of the Summons in a Civil Action, Complaint, Demand for Jury Trial and Civil Cover Sheet were served on the following by United States certified mail, return receipt requested:

Office of the U.S. Attorney
District of Alaska, Anchorage Office
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

DATED at Anchorage, Alaska, this 26th day of June 2006.

/s/
George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Ste. 301
Anchorage, AK 99501
Phone: 907-278-9926
Fax: 907-279-9926
Email: ggoerig@goeriglaw.com
ABA No. 7610092