NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, <br><br>   Plaintiff, <br><br> v. <br><br>UNITED STATES OF AMERICA, <br><br>   Defendant. | Civil No. 06-w-00150 JWS <br><br> UNITED STATES' ANSWER AND COUNTERCLAIM |

The United States, by and through its undersigned counsel, answers the plaintiff's complaint as follows:

I. The United States admits the allegations contained in paragraph I of the Complaint.

II. The United States admits the allegations contained in paragraph II of the Complaint.

III. The United States admits the allegations contained in paragraph III of the Complaint.

IV. The United States admits the allegations contained in paragraph IV of the Complaint.

V. The United States admits the allegations contained in paragraph V of the Complaint.

VI. The United States denies the allegations contained in paragraph VI of the Complaint.

VII. The United States admits the allegations contained in paragraph VII of the Complaint.

VIII. The United States admits the allegations contained in paragraph VIII of the Complaint.

IX. The United States admits that the IRS assessed, pursuant to 26 U.S.C. § 6672, the plaintiff $347,187.92 for the tax periods ending June 30, 2000, September 30, 2000 and December 31, 2001 because plaintiff was responsible for collecting, truthfully accounting for and paying over to the United States income and FICA taxes withheld from employees of Winward Electrical Services, Inc. and plaintiff wilfully failed to collect, truthfully account for, and pay over withheld income and FICA taxes of Winward Electrical Services, Inc.  The United States denies any allegations remaining in paragraph IX of the Complaint.

X. The United States avers that the exhibits attached to the Complaint and referenced in paragraph X of the Complaint speak for themselves.

XI. The United States admits the second sentence of paragraph XI.  The United States denies any allegations remaining in paragraph XI of the Complaint.

XII. The United States presently lacks knowledge or information sufficient to form a belief as to the allegations contained in paragraph XII of the Complaint.

XIII. The United States admits the allegations contained in paragraph XIII of the Complaint.

XIV. The United States admits that the IRS assessed, pursuant to 26 U.S.C. § 6672, the plaintiff $347,187.92 for the tax periods ending June 30, 2000, September 30, 2000 and

  December 31, 2001 because plaintiff was responsible for collecting, truthfully accounting for and paying over to the United States income and FICA taxes withheld from employees of Winward Electrical Services, Inc. and plaintiff wilfully failed to collect, truthfully account for, and pay over withheld income and FICA taxes of Winward Electrical Services, Inc.  The United States denies any allegations remaining in paragraph XIV of the Complaint.

XV. The United States denies the allegations contained in paragraph XV of the Complaint.

XVI. The United States denies the allegations contained in paragraph XVI of the Complaint.

XVII. The United States avers that the documents referenced in paragraph XVII of the Complaint speak for themselves.

## COUNTERCLAIM AGAINST BRADLEY A. HASLETT

1. This counterclaim is brought by the United States to reduce to judgment certain outstanding tax assessments made against counterclaim-defendant Bradley A. Haslett pursuant to 26 U.S.C. § 6672.

2. The United States counterclaims against Bradley A. Haslett pursuant to Fed. R. Civ. P. 13.

3. This counterclaim is brought, pursuant to 26 U.S.C. § 7401 at the direction of the Attorney General of the United States, with the authorization and at the request of the Associate Area Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

4. This Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1340 and 1346 and 26 U.S.C. § 7402.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1396 because this is the district where Bradley A. Haslett resides.

6. During the periods set forth below in paragraph 7, counterclaim-defendant Bradley A. Haslett was responsible for collecting, truthfully accounting for and paying over to the United States the income and FICA taxes withheld from wages paid to employees of Winward Electric Service, Inc.

7. On or about February 23, 2004, a delegate of the Secretary of the Treasury made assessments of a liability arising under 26 U.S.C. § 6672 against counterclaim-defendant Bradley A. Haslett for his willful failure to collect, truthfully account for, and pay over the withheld income and FICA taxes of Winward Electric Service, Inc. for the tax periods ending June 30, 2000, September 30, 2000 and December 31, 2001.

8. Despite proper notice and demand for payment of the assessments referred to in paragraph 7 above, counterclaim-defendant Bradley A. Haslett has neglected, failed, or refused to make full payment of the assessed amounts to the United States, and there remains due and owing on said assessments the sum of $347,187.92 plus accrued statutory interest and additions from the date of assessment, less any payments or credits.

WHEREFORE, the United States prays for judgment in its favor and against Bradley A. Haslett as follows:

A. That the Court enter judgment in favor of the United States and against counterclaim-defendant Bradley A. Haslett in the amount of $347,187.92 plus accrued statutory interest and additions from the date of assessment, less any payments or credits; and

B. That the Court award the United States such other and further relief that it deems

just and proper, including its costs and fees.

    Respectfully submitted this 25th day of August, 2006.

                                    NELSON P. COHEN
                                    United States Attorney


                                    s/ Goud Maragani
                                    GOUD P. MARAGANI
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 683
                                    Ben Franklin Station
                                    Washington, D.C. 20044
                                    Telephone: (202) 307-6513
                                    Email: Goud.P.Maragani@usdoj.gov
                                    Western.taxcivil@usdoj.gov

                                    Attorneys for United States

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing **UNITED STATES' ANSWER AND COUNTERCLAIM** has been made on this 25th day of August, 2006, by placing a copy thereof in a postage prepaid envelope addressed to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice