George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501
907-278-9926
Attorney for Plaintiff Bradley A. Haslett

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

BRADLEY A. HASLETT,       )
                          )
        Plaintiff,    )
                          )
vs.                        )
                          )    Case No. 3:06-CV-00150 JWS
UNITED STATES OF AMERICA,  )
                          )    ANSWER TO COUNTERCLAIM
        Defendant.   )
_____)

    Bradley A. Haslett, by and through the undersigned counsel, answers the

Defendant's Counterclaim as follows:

1.    Plaintiff avers the Counterclaim and statute speak for themselves.

2.    Plaintiff avers the Counterclaim speaks for itself.

3.    Plaintiff presently lacks knowledge or information sufficient to form a belief as to

the allegations of paragraph 3 of the Counterclaim.

4.    Plaintiff admits the allegations of paragraph 4 of the Counterclaim.

5.    Plaintiff admits the allegations of paragraph 5 of the Counterclaim.

6.    Plaintiff denies the allegations of paragraph 6 of the Counterclaim.

7.    Plaintiff avers that the purported assessment speaks for itself.

Answer to Counterclaim                              9/15/06 v. 2
Haslett v. United States of America, Case No. 3:06-CV-150
Page 1 of 3

8.     Plaintiff admits he has not paid $347,187.92 plus interest and additions.  Plaintiff denies he has neglected, or refused to pay.  Plaintiff lacks knowledge or information sufficient to form a belief as to proper notice and demand and as to the balance of the allegations of paragraph 8 of the Counterclaim.

<u>Affirmative Defenses</u>

Plaintiff asserts the following affirmative defenses to Defendant's Counterclaim.

A.     The Counterclaim fails to state a claim upon which relief may be granted.

B.     Plaintiff incorporates by reference the allegations of the Complaint and Answer.

C.     Plaintiff lacks sufficient knowledge or information sufficient to form a belief as to the procedures taken by Defendant, including without limitations notice, demand, assessment and suit.

WHEREFORE, the Plaintiff prays the Court may hear this case and determine that:

a.     There is no federal payroll taxes, withholdings, penalties and interest deficiency of $347,187.92;

b.     The Commissioner erred in his/her notice of deficiency as alleged in each assignment of error set forth in the pleadings;

c.     The Commissioner's position is not substantially justified and the Plaintiff be awarded reasonable attorneys' fees as the prevailing party under Code Section 7430;

d.     The Court enter judgement in favor of Plaintiff on both the Complaint and

Counterclaim; and

The Court grant such other and further relief to which Plaintiff may be entitled.

LAW OFFICE OF GEORGE E. GOERIG, LLC
Attorney for Plaintiff Bradley A. Haslett


By: _____/s/_____
George E. Goerig
ABA No. 7610092


## VERIFICATION

STATE OF ALASKA              )
                             )ss.
THIRD JUDICIAL DISTRICT      )

I, Bradley A. Haslett, say on oath or affirm that I have read the foregoing ANSWER TO COUNTERCLAIM and believe all factual statements made in the document are true.

_____
Bradley A. Haslett

NOTARY — • — PUBLIC
KATHE A. BRADY
STATE OF ALASKA

Subscribed and sworn to before me this _18_ day of September, 2006.

_____
Notary Public and in for the State of Alaska
My Commission Expires: _4-11-07_

**Certificate of Service**
I hereby certify that on September 18, 2006, a copy of the foregoing Answer to Counterclaim was served electronically and by regular U.S. mail on:
Goud P. Maragani
U.S. Department of Justice
P O Box 683
Ben Franklin Station
Washington, DC 20044
/s/ George E. Goerig