NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT ) | Civil No. 06-00150 JWS |
| ) | |
| Plaintiff, ) | SCHEDULING AND PLANNING |
| ) | CONFERENCE REPORT |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRADLEY A. HASLETT ) | |
| ) | |
| Counterclaim Defendant.) | |

1. **Meeting**: In accordance with Fed. R. Civ. P. 26(f), a meeting was held on September 27, 2006 and attended by :

    | | |
    |---|---|
    | GEORGE E. GOERIG<br>Law Office of George E. Goerig, LLC.<br>1007 West 3rd Avenue, Ste. 301<br>Anchorage, Alaska 99501<br>Telephone: (907) 278-9926<br>Fax: (907) 279-9926<br>Email: ggoerig@goeriglaw.com | Attorney for Plaintiff and<br>Counterclaim Defendant |
    | GOUD P. MARAGANI<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6513<br>Email: Goud.P.Maragani@usdoj.gov | Attorney for the Defendant and<br>Counterclaim Plaintiff |

2. **Pre-Discovery Disclosures**: The information required by Fed. R. Civ. P. 26(a)(1) will be exchanged by November 30, 2006.

    a. Preliminary witness lists will also be exchanged by November 30, 2006.

3. **Contested Issues of Fact and Law**:

    a. Whether Bradley Haslett was a person required to collect, truthfully account for and pay employment taxes for Winward Electrical Services, Inc. for the quarters ending June 30, 2000, September 30, 2000, and December 31, 2001.

    b. Whether Mr. Haslett wilfully failed to collect, truthfully account for and pay employment taxes for Winward Electrical Services, Inc. for the quarters ending June 30, 2000, September 30, 2000 and December 31, 2001.

4. **Discovery Plan**: The parties jointly propose the following discovery plan.

    A. Discovery will be needed on the following issues: Matters relating to the trust

   fund recovery penalty assessments made against Bradley A. Haslett, pursuant to 26 U.S.C. § 6672, regarding unpaid withholding taxes for Winward Electrical Services, Inc. for the periods ending June 30, 2000, September 30, 2000, and December 31, 2001.

B. All discovery commenced in time to be completed by April 16, 2007.

C. Limitations on Discovery.

  1. Interrogatories

   <u> X </u> No Change from Fed. R . Civ. P. 33(a).

   ___ Maximum of ___ by each party to any other party.

   Responses due in ___ days.

  2. Requests for Admissions.

   <u> X </u> No change from Fed. R. Civ. P. 36(a).

   ___ Maximum of ___ requests.

   Responses due in ___ days.

  3. Depositions.

   <u> X </u> No change from Fed. R. Civ. P. 36(a) & (d).

   ___ Maximum of ___ depositions by each party.

   Depositions not to exceed ___ hours unless agreed to by all parties.

D. Reports from retained experts. The parties do not anticipate using expert witnesses.

  ___ Not later than 90 days before the close of discovery subject to Fed. R. Civ. P. 26(a)(2)(C).

  ___ Reports due:

  E. Supplementation of disclosures and discovery responses are to be made:

   ___ Periodically at 60-day intervals from the entry of scheduling and planning order.

    X  As new information is acquired, but not later than 60 days before the close of discovery.[1]

  F. A final witness list disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

   ___ 45 days prior to the close of discovery.

    X  Not later than April 16, 2007.

5. **Pretrial Motions.**

  X  No change from D. Ak. LR 16.1(c).

 The following changes to D. Ak. LR 16.1(c). [check and complete all that apply]

 ___ Motions to amend pleadings or add parties to be filed not later than (<u>insert date</u>).

 ___ Motions under the discovery rules must be filed not later than (insert date).

 ___ Motions in limine and dispositive motions must be filed not later than (insert date).

6. **Other provisions:**

  A.  X  The parties do not request a conference with the court before the entry of the scheduling order.

   ___ The parties request a scheduling conference with the court on the following issue(s):

 (Insert issues on which a conference is requested)

---

[1] Mr. Goerig prefers that the parties exchange any supplementation of disclosures and discovery responses periodically at 60-day intervals from the entry of the scheduling and planning order.

      B.      Alternative Dispute Resolution. [D.Ak. LR 16.2]

           <u>X</u>  This matter is not considered a candidate for court-annexed alternative dispute resolution.

           ___ The parties will file a request for alternative dispute resolution not later than (insert date).

      C.      The parties ___ do <u>X</u> not consent to trial before a magistrate judge.

      D.      Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

      ___ All parties have complied     <u>X</u>  Compliance not required by any party

7.    **Trial.**

      A.      The matter will be ready for trial:

           ___ 45 days after the discovery close date.

           <u>X</u>  not later than July 16, 2007.[2]

      B.      This matter is expected to take 3-4 days to try.

      C.      Jury Demand <u>X</u> Yes    ___ No

Right to jury trial disputed?    ___ Yes    <u>X</u>  No

//
//

---

[2] The parties could not agree on a trial date. Counsel for the United States prefers July 16, 2007. Mr. Goerig prefers that the trial date be set for June 1, 2007.

Respectfully submitted this 23rd day of October, 2006.

        NELSON P. COHEN
        United States Attorney


        s/ Goud Maragani
        GOUD P. MARAGANI
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6513
        Email: Goud.P.Maragani@usdoj.gov
        Western.taxcivil@usdoj.gov


        s/ George E. Goerig
        GEORGE E. GOERIG
        Law Office of George E. Goerig, LLC
        1007 West 3rd Avenue, Ste. 301
        Anchorage, Alaska 99501
        Telephone: (907) 278-9926
        Fax: (907) 279-9926
        Email: ggoerig@goeriglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing SCHEDULING AND PLANNING CONFERENCE REPORT has been made on this 23rd day of October, 2006, by either the ECF/CMF system or by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice