NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT | ) | Civil No. 06-w-00150 JWS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY A. HASLETT | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

THE COURT, having considered the United States' Motion to Stay this Case, and, for good cause showing, hereby

ORDERS that this lawsuit is stayed pending resolution of <u>United States of America v. David C. Gerber, Toby J. Quesinberry, James R. Millerberg and Bradley A. Haslett</u>, Civil Number 06-1044 in the United States District Court for the District of Utah.

DATED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

NELSON P. COHEN
United States Attorney

<u>s/ Goud Maragani</u>
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
          Western.taxcivil@usdoj.gov

Attorneys for United States

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the [PROPOSED] ORDER has been made on this 27th day of December, 2006, by placing a copy thereof in a postage prepaid envelope addressed to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice