George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Ste. 301
Anchorage, AK 99501
907-278-9926/Fax: 907-279-9926
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 3:06-cv-00150 JWS |
| UNITED STATES OF AMERICA, ) | |
| ) | PLAINTIFF'S UNOPPOSED MOTION FOR |
| ) | EXTENSION OF TIME FOR OPPOSITION |
| Defendant. ) | TO MOTION TO STAY |
| _____ ) | |

    Plaintiff, Bradley A. Haslett, through counsel, moves the Court for an Order extending the time within which to oppose Defendant's Motion to Stay.  Defendant has agreed the time for Plaintiff to oppose Defendant's Motion be extended to January 31, 2007.

    Therefore the Plaintiff requests the Court enter an Order extending the time for opposition to Defendant's Motion to Stay until January 31, 2007.

    Respectfully submitted,

DATED at Anchorage, Alaska, this 12th day of January 2007.

/s/  George E. Goerig
George E. Goerig
Law Office of George E. Goerig, LLC
1007 W. 3rd Avenue, Suite 301
Anchorage, AK 99501
(907) 278-9926
(907) 279-9926
gegoerig@goeriglaw.com
ABA no: 7610092