UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>　　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br><br><br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00150 JWS<br>)<br>) ORDER EXTENDING<br>) TIME FOR RESPONSE TO<br>) DEFENDANT'S MOTION TO<br>) STAY<br>)<br>) |

　　　　Upon the Plaintiff's Unopposed Motion for Extension of Time for Opposition to Motion to Stay,

　　　　**IT IS HEREBY ORDERED:**

　　　　The time for Plaintiff's Opposition to Defendant's Motion to Stay is extended until January 31, 2007.

　　　　DATED 25th day of January 2007.

　　　　　　　　　　　　　　　　　　　　/s/  John W. Sedwick
　　　　　　　　　　　　　　　　　　　　Honorable United States District Judge