George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Ste. 301
Anchorage, AK 99501
907-278-9926/Fax: 907-279-9926
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,  )<br>  )<br>        Plaintiff,  )<br>vs.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>  )<br>        Defendant.  )<br>_____ ) | Case No. 3:06-cv-00150 JWS<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR OPPOSITION TO MOTION TO STAY |

    Plaintiff, Bradley A. Haslett, through counsel, moves the Court for an Order extending the time within which to oppose Defendant's Motion to Stay. Defendant has agreed the time for Plaintiff to oppose Defendant's Motion be extended to February 12, 2007.

    Therefore the Plaintiff requests the Court enter an Order extending the time for opposition to Defendant's Motion to Stay until February 12, 2007.

    Respectfully submitted,

DATED at Anchorage, Alaska, this 29th day of January 2007.

                                                   /s/ George E. Goerig
                                                 George E. Goerig
                                                 Law Office of George E. Goerig, LLC
                                                 1007 W. 3rd Avenue, Suite 301
                                                 Anchorage, AK 99501
                                                 (907) 278-9926
                                                 (907) 279-9926
                                                 gegoerig@goeriglaw.com
                                                 ABA no: 7610092