Certificate of Service

I hereby certify that on January 29, 2007, a
copy of the foregoing Plaintiff's Unopposed
Motion for Extension of Time for
Opposition to Motion to Stay was served
electronically on Nelson P. Cohen and Goud
P. Maragani.


/s George E. Goerig