UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 3:06-cv-00150 JWS |
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER EXTENDING |
| ) | TIME FOR RESPONSE TO |
| ) | DEFENDANT'S MOTION TO |
| ) | STAY |
| ) | |
| Defendant. ) | |
| ) | |

      Upon the Plaintiff's Unopposed Motion for Extension of Time for Opposition to Motion to Stay it is hereby:

      ORDERED,

      The time for Plaintiff's Opposition to Defendant's Motion to Stay is extended until February 12, 2007.

      DATED this 4th day of February 2007.

      /s/ John W. Sedwick
      Honorable United States District Judge