Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone: 907-272-9665/Facsimile 907-345-5396

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,       ) <br>       ) <br>     Plaintiff,       ) <br> vs.       ) <br>       ) <br> UNITED STATES OF AMERICA,       ) <br>       ) <br>       ) <br>     Defendant.       ) <br> _____ ) | Case No. 3:06-cv-00150 JWS |

## ENTRY OF APPEARANCE

The undersigned, being duly admitted to practice before the United States District Court for the District of Alaska, hereby enters an appearance as Co-counsel for the Plaintiff in the above-entitled case.

Dated this 12th day of February 2007.

LAW OFFICE OF RAYMOND E. PLUMMER, ATTORNEY LLC.

s/ Raymond E. Plummer
Attorney for the Plaintiff

Law Office of Raymond E. Plummer, Attorney L.L.C.
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone: (907) 272-9665
Facsimile: (907) 345-5396
ABA 6911045