Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>                Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br><br><br>                Defendant. | Case No. 3:06-cv-00150 JWS<br><br>[PROPOSED] <u>ORDER DENYING DEFENDANT'S MOTION TO STAY</u> |

THIS MATTER having come before the court in Defendant's Motion to Stay, the court having considered all briefing and argument with respect thereto and otherwise being fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Stay is DENIED.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE

Order Denying Defendant's Motion to Stay                                02122007-3
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 1