Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00150 JWS<br>)<br>)<br>)  PLAINTIFF'S CROSS-MOTION<br>)  TO ENJOIN THE IRS FROM<br>)  PURSUING ACTION IN THE<br>)  UNITED STATES DISTRICT<br>)  COURT FOR THE DISTRICT<br>)  OF UTAH |

COMES NOW Plaintiff, Bradley Haslett, by and through Counsel of record, Raymond E. Plummer, and moves this court for an order enjoining the IRS from pursuing an action against Mr. Haslett in the District Court for the District of Utah which is identical to this action. This motion is prompted by the United States Internal Revenue Services' ("IRS") Motion to Stay filed with this court on December 27, 2006 wherein the IRS asks this court to stay the instant proceedings to allow Case Number 2:06cv01044 TS in Utah to proceed. Plaintiff has opposed that motion to stay and hereby cross-moves to enjoin the IRS from pursuing the Utah case until the Alaska case is resolved.

Plaintiff's Cross-Motion to Enjoin the IRS From Pursuing Action in the　　　　　　　　　02122007-2
the United States District Court for the District of Utah
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 2

This motion is supported by plaintiff's "Memorandum in support of Opposition to Motion to Stay and Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah" (which is identical to Plaintiff's Opposition to Motion to Stay filed as document number 18 on 2/12/2007 at 8:25 PM.) and accompanying exhibits submitted herewith.

DATED at Anchorage, Alaska, this 12th day of February, 2007.

/s/ Raymond E. Plummer
Raymond E. Plummer
RAYMOND E. PLUMMER,
ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665
Facsimile 907-345-5396
ABA 6911045

Plaintiff's Cross-Motion to Enjoin the IRS From Pursuing Action in the
the United States District Court for the District of Utah
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 2 of 2

02122007-2