Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BRADLEY A. HASLETT,                )
                                   (
        Plaintiff,                 )
                                   (
vs.                                )
                                   (
UNITED STATES OF AMERICA,          )   Case No. 3:06-cv-00150 JWS
                                   (
                                   )   AFFIDAVIT OF
                                   (   BRADLEY A. HASLETT
        Defendant.                 )
                                   (

I, Bradley A. Haslett, being first duly sworn, depose and say that:

1.  I have personal knowledge and am competent to testify to the following matters.

2.  I have been a resident of the State of Alaska since 1975.

3.  I have suffered from a number of chronic illnesses throughout my entire adult life. Currently I am 53 years old and my health has been steadily declining over the years.

4.  At the age of 18 I was diagnosed with Type I insulin dependent Diabetes. I started insulin injections and my life continues to be one of extreme structure

02112007-2

as is required by insulin injection therapy. I now test my blood sugar at least eight times daily in order to ensure that my insulin pump delivers an appropriate dose of insulin.

5. I was later diagnosed with peripheral diabetic neuropathy by Dr. Bruce Keisling of Anchorage. I had lost all feeling in the soles of my feet and right hand. I continue to lack feeing in the soles of my feet, and the feeling in my hand is intermittent. I began seeing Dr. Patrick Nolan for my diabetic healthcare in 1983. See generally Exhibit A (Letter of Dr. Patrick Nolan).

6. I am now monitored closely by my diabetes doctor, Patrick Nolan, Pulmonary doctor, Jon Clark, Nephrologist, Peter Hullman, and my Ophthalmologist, Scott Lindstrom.

7. I suffer from severe hypertension, which has become increasingly difficult to control. My medications for hypertension now are Furosemide, Minoxidil, and Atenolol in combination morning, noon, and night.

8. My kidneys show signs of disease and reduced function from the diabetes. I am on a very restrictive diet in order to maintain a light workload on them.

9. One of the disturbing and frightening effects of the kidney disease is a condition called edema. This is a swelling of the extremities due to fluid retention. The condition is aggravated by sitting still or lack of movement and makes my feet, ankles, and shins swell. It is important for me to keep moving and to take my diuretic. Sitting for hours on an airplane severely exacerbates

this condition and I certainly could not tolerate traveling down to Utah.

10. Dr. Ronald Boisen diagnosed me with Gastro Esophageal Reflux Disease, a common diabetic condition known as Gastroparesis (which means paralysis of the muscles of the stomach, resulting in delayed emptying of food from the stomach into the small intestine), and Gastopathy, (meaning some degree of nerve impairment in my lower GI tract). This has left me with alternating and unpredictable constipation and diarrhea which means I must carefully map out my routes for local travel so as to always be near lavatory facilities. In new or unknown places I often don't know where the lavatories are and this results in voiding into my pants. To reduce the level of pain in my gut, Dr. Boisen prescribed Amitryptiline which is commonly used to treat neuropathy in many forms and it is helpful in treating my severe leg pains also caused from nerve damage.

11. In 1988 I developed an anxiety related disorder resulting in panic attacks which would manifest by constricting my esophagus making it impossible to swallow food and causing frequent vomiting. Dr. Nolan started me on Alprazolam as needed to treat the panic attack and I am now on a maintenance medication called Paroxetine to help moderate the anxiety and its effects however I continue to periodically have anxiety attacks.

12. I have been going to an Ophthalmologist who specializes in diabetic retinopathy since 1985 for annual exams. In 1995 I developed retinopathy to a varying degree in both eyes. I experienced several retinal detachments at

13. In 2004 I suffered a subdural hematoma (blood clot on the brain) that covered the entire surface of the right hemisphere of my brain. I had surgery (a craniotomy) to eradicate the blood clot. After the surgery I was informed that I may be left with seizures and indeed began having them about 24 hours after surgery. My recovery from brain surgery took weeks, but the seizures continue for a few months. I have had some lingering episodes of total loss of feeling in my left hand, but I am off of the seizure medication.

14. In 2005 doctors put me into a medically induced coma for 10 days while suffering from ARDS (Acute Reparatory Distress Syndrome) which is fatal about 50% of the time. My diabetes did not improve my chances. On the

once in the left eye and despite a partial vitrectomy of the left eye with sclera buckles added to the eye, the surgery was too late to reverse the damage from the detachments and I lost most of the vision in the eye due to scarring of the retina. Subsequently I had a partial vitrectomy performed on my right eye. A lingering result of the retinopathy in the good eye is that it tends to hemorrhage internally periodically and this happens more regularly when I am under extreme stress, resulting in complete blindness until the blood has cleared from the eye which can take anywhere from a few hours to a few weeks. When this happens, and it does so without warning, blindness is imminent and it is imperative that I am not far from my Ophthalmologists and my wife. When I lose my vision I lose the ability to administer the routine use of my insulin pump and its thrice weekly refilling and reconnection process.

tenth day I was brought out of my comatose state and by the grace of God my lungs began showing signs of improvement. This came just in time as my kidneys were shutting down and they were preparing to place me on dialysis. When I was eventually discharged I was unable to use my hands due to the paralysis I had been under and could not move my legs. After a few days of intense medical treatment I was sent to critical care from ICU and began physical therapy to learn to use a walker. When I was discharged that March I still could not stand or walk on my own and was under the 24 hour care of my wife and mother-in-law for nine months. My stamina was dramatically effected by that event and that remains a problem for me.

15. I am now 53 years of age and my doctors all agree on two things; first that I can thank my wife and her will for my repeated recoveries, and second that the stress in my life can be credited to my health problems. I have just recently lost my business and property to the bank after 24 years, but I have outlived the number of years that, at the age of 18, I and my doctors thought I would have. So I am very grateful to my family and my medical team for doing such a great job of putting me back together every time.

16. Travel would unquestionably be detrimental to my health and would accelerate the ongoing decline of my health.

_____
BRADLEY A. HASLETT

Affidavit of Bradley A. Haslett
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 6 of 6

021120007-2

SUBSCRIBED and SWORN to before me on this 12th day of February, 2007.



Notary Public in and for Alaska
My commission expires: 8/19/09

*Patrick M. Nolan, D.O., FACE.*

ENDOCRINOLOGY/ INTERNAL MEDICINE
A PROFESSIONAL CORPORATION
3300 PROVIDENCE DRIVE
SUITE 206
ANCHORAGE, ALASKA 99508

TELEPHONE (907) 561-6100

February 6, 2007

RE: Bradley Haslett

Dear Sirs:

Mr. Haslett is a patient of mine with significantly difficult to control diabetes on an insulin pump. He is also suffering a great deal from anxiety and anxiety related disorder. It certainly would not be in Mr. Haslett's best interest to leave the state for any length of time whatsoever with regard to his diabetes control or treatment. He should be under the most relaxed situation possible if he ever does leave the state and certainly this is not a good idea. Therefore, I recommend that there be a change of venue for Mr. Haslett as I believe the stress of traveling and being away from home would not be in his best interest to control his diabetes and his other health problems including hypertension, diabetic kidney problems, etc. Please take this seriously as I believe Mr. Haslett would be better off if he has to be in any courtroom situation or testimony situation that he be here in Anchorage. Thank you for your concern in this matter.

Sincerely,

Patrick M. Nolan, D.O.

PMN/kc

c: Patient