Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:06-cv-00150 JWS |
| ) | |
| UNITED STATES OF AMERICA, ) | AFFIDAVIT OF |
| ) | KATHLEEN HASLETT |
| Defendant. ) | |

I, Kathleen Haslett, being first duly sworn, depose and say that:

1. I have personal knowledge and am competent to testify to the following matters.

2. I have been married to Bradley Haslett since April 19, 1980.

3. During our marriage, My husband has suffered from a number of chronic illnesses including Type I insulin dependent Diabetes, peripheral diabetic neuropathy, hypertension, diabetic kidney disease, edema, Gastro Esphageal Reflux Disease, Gastroparesis, Gastopathy, an anxiety disorder causing panic attacks, and retinopathy in both eyes which has lead to blindness in one eye and transient blindness in the other.

4. In 2004 my husband suffered a subdural hematoma (blood clot on the brain) that covered the entire surface of the right hemisphere of his brain. He had surgery (a craniotomy) to eradicate the blood clot. After the surgery I was his primary care giver, responsible for all aspects of his recovery including blood sugar monitoring and management of his medications.

5. In 2005 doctors put my husband into a medically induced coma for 10 days while he was suffering from ARDS (Acute Reparatory Distress Syndrome) which is fatal about 50% of the time. When he was eventually discharged he was unable to use his hands due to the paralysis he had been under and could not move his legs. He could not stand or walk on his own and was under my 24 hour care for nine months.

6. I assist my husband on a daily basis with his health care management. I help him monitor his blood sugar and I administer his mediations. During those times when my husband is totally blind he relies on me completely. I assist him with his medical maintenance as well as all his day-to-day activities.

7. If my husband were forced to travel I would have to go with him in order to continue to help him manage his health. He could not travel without me.

8. I am currently employed by North Coast Electric and am the sole wage earner in the household. In order for me to travel with my husband I would have to

Affidavit of Kathleen Haslett                                          02122007-1
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 2 of 3

take leave from work which would cause us significant financial strain. Further, I occupy a critical position with my company, and taking leave would place a hardship on my employer as well.

9. My husband is a very ill man. I ask that the court take his illnesses very seriously and recognize that forcing him to travel out of state would threaten his health and likely threaten his life.

_____
KATHLEEN HASLETT

SUBSCRIBED and SWORN to before me on this 12th day of February, 2007.

_____
Notary Public in and for Alaska
My commission expires: 8/19/09

Affidavit of Kathleen Haslett
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 3 of 3

02122007-1