Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br><br><br>            Defendant. | Case No. 3:06-cv-00150 JWS<br><br>[PROPOSED] <u>ORDER GRANTING<br>PLAINTIFF'S CROSS-MOTION<br>TO ENJOIN THE IRS FROM<br>PURSUING ACTION IN THE<br>UNITED STATES DISTRICT<br>COURT FOR THE DISTRICT<br>OF UTAH</u> |

THIS MATTER having come before the court in Plaintiff's Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah, the court having considered all briefing and argument with respect thereto and otherwise being fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Cross-Motion to Enjoin is GRANTED. The United States Internal Revenue Service is hereby enjoined from pursuing further action in the United States District Court for the District of Utah against Bradley Haslett until the completion of this case in this Court.

Order Granting Plaintiff's Cross-Motion to Enjoin
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 2

02122007-3

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

                                          _____
                                          JOHN W. SEDWICK
                                          UNITED STATES DISTRICT COURT JUDGE

Order Granting Plaintiff's Cross-Motion to Enjoin
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 2 of 2

02122007-3