Certificate of Service

I hereby certify that on February 12, 2007, a copy of the foregoing Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah was served electronically on Nelson P. Cohen and Goud P. Maragani.

/s Raymond E. Plummer