Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, )<br>)<br>  Plaintiff, )<br>vs. )<br>) <br>UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>)<br>)<br>  Defendant. )<br>)<br>)<br>_____ ) | Case No. 3:06-cv-00150 JWS<br><br>PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO STAY |

      Pursuant to D. AK LR 7.2(a), Plaintiff, Bradley Haslett, requests oral argument on Plaintiff's Opposition to Defendant's Motion to Stay, filed in the above entitled action on February 12, 2007.

      DATED at Anchorage, Alaska, this 13th day of February, 2007.

      /s/  Raymond E. Plummer
      Raymond E. Plummer
      RAYMOND E. PLUMMER,
      ATTORNEY LLC
      1007 West Third Avenue, Suite 301
      Anchorage, AK 99501
      Telephone: 907-272-9665
      Facsimile 907-345-5396
      ABA 6911045