Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BRADLEY A. HASLETT,                      )
                                         )
            Plaintiff,                   )
vs.                                      )
                                         )   Case No. 3:06-cv-00150 JWS
UNITED STATES OF AMERICA,                )
                                         )   PLAINTIFF'S REQUEST FOR
                                         )   ORAL ARGUMENT ON
                                         )   DEFENDANT'S MOTION
                                         )   TO STAY
                                         )
            Defendant.                   )
                                         )
                                         )
_____   )

        Pursuant to D. AK LR 7.2(a), Plaintiff, Bradley Haslett, requests oral argument on

Plaintiff's Opposition to Defendant's Motion to Stay, filed in the above entitled action on

February 12, 2007.

        DATED at Anchorage, Alaska, this 21st day of February, 2007.


                                    /s/  Raymond E. Plummer
                                    Raymond E. Plummer
                                    RAYMOND E. PLUMMER,
                                    ATTORNEY LLC
                                    1007 West Third Avenue, Suite 301
                                    Anchorage, AK 99501
                                    Telephone: 907-272-9665
                                    Facsimile 907-345-5396
                                    ABA 6911045