Certificate of Service

I hereby certify that on February 21, 2007, a copy of the foregoing Plaintiff's Request for Oral Argument on Defendant's Motion to Stay was served electronically on Nelson P. Cohen and Goud P. Maragani.

/s Raymond E. Plummer