*Patrick M. Nolan, D.O., F.A.C.E.*

ENDOCRINOLOGY/ INTERNAL MEDICINE
A PROFESSIONAL CORPORATION
3300 PROVIDENCE DRIVE
SUITE 206
ANCHORAGE, ALASKA 99508

TELEPHONE (907) 561-6100

February 6, 2007

RE: Bradley Haslett

Dear Sirs:

Mr. Haslett is a patient of mine with significantly difficult to control diabetes on an insulin pump. He is also suffering a great deal from anxiety and anxiety related disorder. It certainly would not be in Mr. Haslett's best interest to leave the state for any length of time whatsoever with regard to his diabetes control or treatment. He should be under the most relaxed situation possible if he ever does leave the state and certainly this is not a good idea. Therefore, I recommend that there be a change of venue for Mr. Haslett as I believe the stress of traveling and being away from home would not be in his best interest to control his diabetes and his other health problems including hypertension, diabetic kidney problems, etc. Please take this seriously as I believe Mr. Haslett would be better off if he has to be in any courtroom situation or testimony situation that he be here in Anchorage. Thank you for your concern in this matter.

Sincerely,

Patrick M. Nolan, D.O.

PMN/kc

c:  Patient

Exhibit A
Page 1 of 1