Certificate of Service

I hereby certify that on February 28, 2007, a copy of the foregoing Affidavit of Bradley Haslett was served electronically on Nelson P. Cohen and Goud P. Maragani.

/s Raymond E. Plummer

02282007-1