<u>Certificate of Service</u>

I hereby certify that on February 28, 2007, a copy of the foregoing Affidavit of Kathleen Haslett was served electronically on Nelson P. Cohen and Goud P. Maragani.


<u>/s Raymond E. Plummer</u>