Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:06-cv-00150 JWS<br><br>AFFIDAVIT OF<br>SCOTT LIMSTROM M.D. |

I, Scott Limstrom, being first duly sworn, depose and say that:

1. I have personal knowledge and am competent to testify to the following matters.

2. I am a licensed physician practicing in the State of Alaska since 1996.

3. Mr. Bradley Haslett is currently under my care for severe diabetic retinopathy.

4. Mr. Haslett lost most of the sight in his left eye in 1995.

5. Due to retinopathy in his right eye, it tends to hemorrhage internally from time to time, rendering the eye legally blind until the blood clears. This can take days or weeks.

6. In addition, we are having difficulty managing his blood pressure.

7. Mr. Haslett has been under extreme pressure because of his business affairs, and I have strongly recommended to him that he take steps to reduce his stress level.

8. It is my medical opinion that the stress of making trips to Utah for court proceedings would pose a risk to Mr. Haslett's health. I recommend that any court proceedings take place in Anchorage, Alaska to reduce the risk to Mr. Haslett.

_____
SCOTT LIMSTROM, M.D.

SUBSCRIBED and SWORN to before me on this 12th day of February, 2007.

_____
Notary Public in and for Alaska
My commission expires: 8/19/2009