<u>Certificate of Service</u>

I hereby certify that on March 2, 2007, a copy of the foregoing Reply to IRS's Opposition to Plaintiff's Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah was served electronically on Nelson P. Cohen and Goud P. Maragani.


<u>/s Raymond E. Plummer</u>