Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. 3:06-cv-00150 JWS <br><br> PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S CROSS-MOTION TO ENJOIN THE IRS FROM PURSUING ACTION IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH |

Pursuant to D. AK LR 7.2(a), Plaintiff, Bradley Haslett, requests oral argument on Plaintiff's Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah, filed in the above entitled action on February 12, 2007.

DATED at Anchorage, Alaska, this 2nd day of March, 2007.

/s/ Raymond E. Plummer
Raymond E. Plummer
RAYMOND E. PLUMMER,
ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665
Facsimile 907-345-5396
ABA 6911045