Certificate of Service

I hereby certify that on March 2, 2007, a copy of the foregoing Request for Oral Argument on Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah was served electronically on Nelson P. Cohen and Goud P. Maragani.


/s Raymond E. Plummer