Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,            ) | |
|                                ) | |
|        Plaintiff,              ) | |
| vs.                            ) | |
|                                ) | Case No. 3:06-cv-00150 JWS |
| UNITED STATES OF AMERICA,      ) | |
|                                ) | [PROPOSED] ORDER GRANTING |
|                                ) | ORAL ARGUMENT ON |
|                                ) | PLAINTIFF'S CROSS-MOTION |
|                                ) | TO ENJOIN THE IRS FROM |
|                                ) | PURSUING ACTION IN THE |
|        Defendant.              ) | UNITED STATES DISTRICT |
|                                ) | COURT FOR THE DISTRICT |
|                                ) | OF UTAH |
| _____  ) | |

   THIS MATTER having come before the court in Plaintiff's Request for Oral Argument on Plaintiff's Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah, the court having considered all briefing and argument with respect thereto and otherwise being fully advised in the premises,

   IT IS HEREBY ORDERED that Plaintiff's request is GRANTED, and oral argument is set before the undersigned on the _____ day of _____ 2007, at the hour of _____ a.m./p.m. in Courtroom _____.

Order Granting Oral Argument                                       02132007-1
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 2

DATED at Anchorage, Alaska, this \_\_\_\_\_ day of _____, 2007.


_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE