Raymond E. Plummer
RAYMOND E. PLUMMER, ATTORNEY LLC
ABA 6911045
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone: 907-272-9665/Facsimile 907-345-5396

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 3:06-cv-00150 JWS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION AS TO RESCHEDULING**

Subject to the approval of the above entitled court, the parties stipulate that in light of the pending Motion to Stay filed by Defendant on December 27, 2006:

1. The pretrial dates set forth in the Scheduling and Planning Order entered November 15, 2006 shall be vacated.

2. Within thirty days after the Motion to Stay is ruled upon, if this case is not then stayed, pursuant to Rules 16 (b) and 26 (f), Fed. R. Civ. P., and D.Ak. LR 16.1 counsel for all parties must meet and execute and file with the court, on or before twenty-eight (28) days from the date of the such meeting, a report as to the status and discovery needs of this case. The report must conform to LCF 26(f).

3. The parties recognize the Stipulation is being submitted

to the court after the March 2, 2007 deadline for the filing of Final Witness Lists. The parties apologize to the Court and assure the court they have the utmost respect for the Court, the Federal and Local Rules and the Scheduling and Planning Order.  The parties apologize for any inconvenience caused to the Court or others.

Respectfully submitted,

RAYMOND E. PLUMMER, ATTORNEY LLC
Attorney for Plaintiff, Bradley A. Haslett

03/09/2007              s/ Raymond E. Plummer
Dated                   Raymond E. Plummer
                        1007 W. Third Ave., Suite 301
                        Anchorage, AK 99501
                        (907) 272-9665
                        Email: Rayplummer@alaska.net
                        ABA Number 6911045


NELSON P. COHEN
United States Attorney

03/22/2007              s/ Goud P. Maragani
Dated                   GOUD P. MARAGANI
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        P.O. Box 683
                        Ben Franklin Station
                        Washington, D.C. 20044
                        Telephone: (202) 307-6513
                        Email: Goud.P.Maragani@usdoj.gov

Attorneys for Defendant, United States of America