Certificate of Service

I hereby certify that on March 22, 2007, a copy of the foregoing Stipulation was served electronically on Nelson P. Cohen and Goud P. Maragani.


/s Raymond E. Plummer