Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>              Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)  Case No. 3:06-cv-00150 JWS<br>)<br>)  **ERRATA** TO REPLY TO IRS'S<br>)  OPPOSITION TO PLAINTIFF'S<br>)  CROSS-MOTION TO ENJOIN THE<br>)  IRS FROM PURSUING ACTION IN<br>)  THE UNITED STATES DISTRICT<br>)  COURT FOR THE DISTRICT OF<br>)  UTAH |

     Plaintiff's counsel has discovered an error on the first page of Plaintiff's Reply to IRS's Opposition to Plaintiff's Cross-Motion to Enjoin the IRS from Pursuing Action in the United States District Court for the District of Utah. The citation to the United States Code on page one of the Reply is incorrect. It should read 26 U.S.C. § 7421(a) rather than 28 U.S.C. § 1346(a)(1). A corrected copy of the first page of Plaintiff's Reply is attached hereto. Plaintiff's counsel apologizes for any inconvenience this error may have caused the court or opposing counsel.

     DATED at Anchorage, Alaska, this 30th day of March, 2007.

                                          /s/  Raymond E. Plummer
                                          Raymond E. Plummer
                                          RAYMOND E. PLUMMER,
                                          ATTORNEY LLC
                                          1007 West Third Avenue, Suite 301
                                          Anchorage, AK 99501
                                          Telephone: 907-272-9665
                                          Facsimile 907-345-5396
                                          ABA 6911045

Errata to Reply to IRS's Opposition to Plaintiff's Cross-Motion to Enjoin                    03302007-1
The IRS from Pursuing Action in the United States District Court for the District of Utah
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 1