Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>      Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:06-cv-00150 JWS<br><br>REPLY TO IRS'S OPPOSITION TO PLAINTIFF'S CROSS- MOTION TO ENJOIN THE IRS FROM PURSUING ACTION IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH |

      This court has jurisdiction to enjoin the IRS from pursing its case against Mr. Haslett in the United States District Court for the District of Utah because the Anti-Injunction Act neither expressly nor implicitly prevents the type of injunction requested by Mr. Haslett under these circumstances.

      26 U.S.C. § 7421(a) provides that "no suit for the purpose of restraining the assessment or collection of any tax shall be maintained in any court by any person, whether or not such person is the person against whom such tax was assessed." However Mr. Haslett has not brought a suit for the purpose of restraining the assessment or collection of tax – just the opposite – he has brought a suit to resolve the tax issue by way of his refund suit in the Federal District Court for the District of Alaska.

Reply to IRS's Opposition to Plaintiff's Cross-Motion to Enjoin the IRS
from Pursuing Action in the United States District Court for the District of Utah
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 6

03022007-1