Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 3:06-cv-00150 JWS |
| UNITED STATES OF AMERICA, ) | |
| ) | NOTICE OF SUPPLEMENTAL |
| Defendant. ) | AUTHORITY |
| ) | |
| _____ ) | |

COMES NOW Plaintiff, Bradley A. Haslett, by and through his attorney, Raymond E. Plummer, and pursuant to D. Ak. LR 7.1(h)(1)[B] advises the Court of the Magistrate Judge's Order in the United States District Court for the District of Utah granting Mr. Haslett's Motion to Stay the Utah matter as it pertains to Mr. Haslett (docket report reflecting the Minute Order (Docket No. 29) attached hereto as Exhibit A). Mr. Haslett believes this recent Order granting his stay in the Utah Court constitutes persuasive authority with respect to the arguments of Mr. Haslett as presented in his

Opposition to IRS's Motion to Stay and Plaintiff's Cross-Motion to Enjoin the IRS from Proceeding in the United States District Court for the District of Utah.  Only the docket report reflecting the Minute Order is currently available, however when Plaintiff receives the Utah Magistrate Judge's Order, Plaintiff will make that available to this Court as well.

DATED at Anchorage, Alaska, this 26th day of April, 2007.

/s/  Raymond E. Plummer
Raymond E. Plummer
RAYMOND E. PLUMMER,
ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665
Facsimile 907-345-5396
ABA 6911045