CM/ECF - U.S. District Court:utd - Docket Report    Page 1 of 3
Case 3:06-cv-00150-JWS    Document 34-2    Filed 04/26/2007    Page 1 of 3
(b)(1)(A), JURY, MAG

**Electronic Case Filing System**
**District of Utah (Central)**
**CIVIL DOCKET FOR CASE #: 2:06-cv-01044-TS-SA**

United States of America v. Gerber et al
Assigned to: Judge Ted Stewart
Referred to: Magistrate Judge Samuel Alba
Demand: $349,000
Cause: 26:7401 IRS: Tax Liability

Date Filed: 12/18/2006
Jury Demand: Defendant
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**                represented by **Goud P. Maragani**
US DEPARTMENT OF JUSTICE (555)
555 4TH STREET NW
WASHINGTON, DC 20001
(202)307-6413
Email: goud.p.maragani@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared C. Bennett**
US ATTORNEY'S OFFICE (UT)
SALT LAKE CITY, UT 00000
(801)325-3259
Email: jared.bennett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**David C. Gerber**                represented by **David C. Gerber**
1465 BOWMAN AVE
SHERIDAN, WY 82801
(307)674-1696
PRO SE

**Defendant**

**Toby J. Quesinberry**           represented by **Paul K. Savage**
KIRTON & MCCONKIE
60 E SO TEMPLE STE 1800
SALT LAKE CITY, UT 84111-1004
(801) 328-3600
Email: psavage@kmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter C. Schofield**

EXHIBIT A
page 1 of 3

                KIRTON & MCCONKIE
                60 E SO TEMPLE STE 1800
                SALT LAKE CITY, UT 84111-1004
                (801)328-3600
                Email: pschofield@kmclaw.com
                *ATTORNEY TO BE NOTICED*

**Defendant**

**James R. Millerberg**    represented by  **Max D. Wheeler**
                SNOW CHRISTENSEN & MARTINEAU
                10 EXCHANGE PLACE 11TH FLOOR
                PO BOX 45000
                SALT LAKE CITY, UT 84145-5000
                (801)521-9000
                Email: intakeclerk@scmlaw.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Dennis V. Dahle**
                SNOW CHRISTENSEN & MARTINEAU
                10 EXCHANGE PLACE 11TH FLOOR
                PO BOX 45000
                SALT LAKE CITY, UT 84145-5000
                (801)521-9000
                Email: dvd@scmlaw.com
                *ATTORNEY TO BE NOTICED*

                **Jill L. Dunyon**
                SNOW CHRISTENSEN & MARTINEAU
                10 EXCHANGE PLACE 11TH FLOOR
                PO BOX 45000
                SALT LAKE CITY, UT 84145-5000
                (801)521-9000
                Email: jld@scmlaw.com
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Bradley A. Haslett**    represented by  **James D Gilson**
                CALLISTER NEBEKER & MCCULLOUGH
                10 E SOUTH TEMPLE STE 900
                SALT LAKE CITY, UT 84133
                (801)530-7300
                Email: jgilson@cnmlaw.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

EXHIBIT A
page 2 of 3

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2007 | 29 | Minute Order. Proceedings held before Judge Samuel Alba. After hearing from counsel, Court granted the 12 Motion to Stay proceedings as to defendant Bradley Haslett. Mr. Gilson to prepare an order. Written Order to follow oral order: Yes Jim Gilson to prepare. Attorney for Plaintiff: Goud P. Maragani, Attorney for Defendant Jim Gilson. Court Reporter: Electronic.(Time Start: :00, Time End: 20:27, Room 248.) (ss) (Entered: 04/18/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/18/2007 15:10:13 | | | |
| PACER Login: | rp1985 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:06-cv-01044-TS-SA Start date: 4/18/2007 End date: 4/18/2007 |
| Billable Pages: | 2 | Cost: | 0.16 |

EXHIBIT  A

page  3  of  3