NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT ) | Civil No. 06-w-00150 JWS |
| ) | |
| Plaintiff, ) | UNITED STATES' UNOPPOSED MOTION |
| ) | TO VACATE THE HEARING SET FOR |
| v. ) | APRIL 30, 2007 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRADLEY A. HASLETT ) | |
| ) | |
| Counterclaim Defendant.) | |

The United States of America, by and through its undersigned counsel, files this

unopposed motion to vacate the hearing set for April 30, 2007.  On April 27, 2007, in a telephone conversation, plaintiff's counsel indicated that he does not oppose the United States' motion.

**FACTS**

On June 20, 2006, plaintiff filed this lawsuit seeking a refund and a determination that he was not a responsible person, as defined by 26 U.S.C. § 6672, at Winward Electrical Services, Inc. who failed to pay over to the United States employment taxes for the quarters ending June 30, 2000, September 30, 2000 and December 31, 2000.  Docket Entry No. 1.  The IRS assessed a Trust Fund Recovery Penalty ("TFRP") against plaintiff for his failure to pay employment taxes to the United States for the quarters ending June 30, 2000, September 30, 2000 and December 31, 2000.  Docket Entry No. 5.  On December 27, 2006, the United States moved to stay this lawsuit because it filed a separate lawsuit against all of the individuals assessed the same TFRP for their involvement with Winward Electrical Services, Inc. in the United States District Court for the District of Utah.  Docket Entry No. 12.  The United States could not counterclaim against the other three individuals assessed the same TFRP for their involvement with Winward Electrical Services, Inc. in this Court because the Court does not have personal jurisdiction over those individuals.  Id.

On March 1, 2007, plaintiff filed a motion to stay the lawsuit filed in the United States District Court for the District of Utah as to him only.  Docket Entry No. 12 in United States v. Haslett, et al., Civil No. 2:06-1044 (USDC D. Utah).  On April 18, 2007, Magistrate Judge Samuel Alba granted plaintiff's motion to stay the Utah lawsuit.  Id. at Docket Entry No. 29.  The United States has ten days (from April 18, 2007) to object to Magistrate Judge Alba's Order.  Fed. R. Civ. P. 72(a).

**ANALYSIS**

The United States requests that the Court vacate the hearing, currently set for April 30, 2007, on the United States' Motion to Stay until after the District Judge in Utah rules on plaintiff's motion to stay the lawsuit in Utah. The United States will file an objection to Magistrate Judge Alba's Order granting plaintiff's motion to stay the Utah lawsuit as to him. The Utah District Judge's ruling will determine whether the United States proceeds with its Motion to Stay this Case (Docket Entry No. 12). Consequently, the United States requests that the Court vacate the hearing set for April 30, 2007. Within seven days of when the Utah District Judge rules on plaintiff's Motion to Stay, the United States will file a status report with this Court indicating the decision of the Utah District Court and whether the United States will proceed with its motion to stay this lawsuit.

Dated this 27th day of April, 2007.

> NELSON P. COHEN
> United States Attorney
>
> s/ Goud Maragani
> GOUD P. MARAGANI
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 307-6513
> Email: Goud.P.Maragani@usdoj.gov
>        Western.taxcivil@usdoj.gov
>
> Attorneys for United States

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that service of the UNITED STATES' UNOPPOSED MOTION TO VACATE THE HEARING SET FOR APRIL 30, 2007 has been made on this 27th day of April, 2007, by placing a copy thereof in a postage prepaid envelope addressed to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Raymond Plummer
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice