NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT ) | Civil No. 06-w-00150 JWS |
| ) | |
| Plaintiff, ) | JOINT STATUS REPORT |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRADLEY A. HASLETT ) | |
| ) | |
| Counterclaim Defendant.) | |

The parties, by and through their undersigned counsel and pursuant to this Court's Order

(Docket Entry No. 36), file this Joint Status Report on the proceedings in United States v.

<u>Bradley A. Haslett, et al</u>., Civil No. 06-1044-TS (USDC D. Utah) ("1044").

On April 18, 2007, Magistrate Judge Alba of the United States District Court for the District of Utah granted Mr. Haslett's motion to stay the Utah proceedings with regard to the United States' claims against him.  Docket Entry No. 29 in 1044.  On May 2, 2007, the United States filed an Objection to Magistrate Judge Alba's Minute Order of April 18, 2007.  Docket Entry No. 32 in 1044.  On May 4, 2007, Magistrate Judge Alba issued a written order granting Mr. Haslett's motion to stay the proceedings with regard to the United States' claims against him.  Docket Entry No. 34 in 1044.  On May 14, 2007, the United States filed an Objection to Magistrate Judge Alba's written Order of May 4, 2007.  Docket Entry No. 35 in 1044.  As of May 18, 2007, the Utah court has not ruled on the United States' Objections.  <u>See</u> Docket in 1044.

Dated this 18th day of May, 2007.

                                         NELSON P. COHEN
United States Attorney

s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
         Western.taxcivil@usdoj.gov

Attorneys for United States


s/ George R. Goerig
George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Attorney for Bradley A. Haslett

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the JOINT STATUS REPORT has been made on this 18th day of May, 2007, by placing a copy thereof in a postage prepaid envelope addressed to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Raymond Plummer
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice