NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513


## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT | ) | Civil No. 06-w-00150 JWS |
| | ) | |
| Plaintiff, | ) | UNITED STATES' NOTICE OF |
| | ) | SUPPLEMENTAL AUTHORITY |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY A. HASLETT | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

The United States of America, by and through its undersigned counsel, files this notice of

supplemental authority in support of its Motion to Stay this Case (Docket Entry No. 12).

In <u>Robert Klein v. United States</u>, Civil No. 93-614T (Fed. Cl. June 28, 1994) (unpublished opinion), Judge Kenneth R. Harkins stayed a refund action filed by one individual assessed the Trust Fund Recovery Penalty ("TFRP") for his involvement in Parkline Corporation so that the United States could pursue a separate collection action in the United States District Court for the Southern District of New York against all the individuals assessed the TFRP for their involvement with Parkline Corporation.  A copy of the court's opinion is attached to this Notice as Exhibit A.

In <u>O'Connor v. United States</u>, Civil No. 06-554-RSL (USDC W.D. Wash.) (unpublished opinion), the court stayed the refund suit filed by one individual assessed the TFRP for his involvement with Sable Technologies, Inc. in favor of a later filed lawsuit filed by the United States against all of the individuals assessed the TFRP for their involvement with Sable Technologies, Inc.  A copy of the court's opinion is attached to this Notice as Exhibit B.

In <u>United States v. Costello, et al.</u>, 809 F. Supp. 56 (E.D. Wis. December 15, 1992), defendant Costello moved to stay this later filed case in favor of an earlier filed refund lawsuit he filed in the United States District Court for the District of Minnesota regarding the exact same TFRP assessment made against him.  The court denied Mr. Costello's motion to stay this later filed lawsuit because: (1) only the Wisconsin District Court could provide adequate relief to all the parties because it was the only court with jurisdiction over all the individuals assessed the TFRP; (2) Mr. Costello could bring his refund claim as a counterclaim in the Wisconsin action; (3) the United States could not counterclaim against all of the individuals assessed the TFRP in the Minnesota lawsuit because that court lacked personal jurisdiction over the other person who was assessed the TFRP; (4) the government is entitled to pursue fully its action against Mr.

Costello and the other individual assessed the TFRP; and (5) Wisconsin was more convenient for all of the parties because virtually all of the material witnesses could be subpoenaed to appear in the Wisconsin action.[1] Id. at 58-59.

Dated this 18th day of May, 2007.

NELSON P. COHEN
United States Attorney

s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
         Western.taxcivil@usdoj.gov

Attorneys for United States

---

[1]Those same material witnesses could not be subpoenaed to testify in the Minnesota action.  Costello, 809 F. Supp. at 59; Fed. R. Civ. P. 45(b)(2).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the NOTICE OF SUPPLEMENTAL AUTHORITY

has been made on this 18th day of May, 2007, by placing a copy thereof in a postage prepaid

envelope addressed to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Raymond Plummer
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice