Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No. 3:06-cv-00150 JWS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | MOTION TO ACCEPT |
| | ) | SUPPLEMENTAL PLEADING |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

COMES NOW Plaintiff, Bradley A. Haslett, by and through counsel of record,

Ray Plummer, and pursuant to Local Rule 7.1(h)(1) respectfully requests that this Court

consider the attached supplemental reply responding to the IRS's "Notice of

Supplemental Authority" filed May 18, 2007 at docket number 38.

On May 18, 2007 the IRS filed, without leave of the court, a "Notice of

Supplemental Authority" which violates Local Rule 7.1(h)(1)(B) in that it exceeds two

pages, is not limited to "setting forth the citation, docket number, and page numbers of

the brief to which the citation pertains," and includes descriptions of the cases which

constitute argument.  Therefore Mr. Haslett requests leave of the Court to accept a

supplemental reply responding to the new "authority" cited by the IRS.  Because the

authority cited by the IRS is not new and should have come to the attention of the IRS

before they filed their original motion or original reply, and because the IRS's "Notice of

Supplemental Authority" exceeds the parameters set forth in Local Rule 7.1(h)(1)(B), Mr.

Haslett respectfully requests that the Court consider the attached reply.

 DATED at Anchorage, Alaska, this 29th day of May, 2007.


    RAYMOND E. PLUMMER, ATTORNEY LLC
    Attorney for Plaintiff Bradley Haslett

     /s/  Raymond E. Plummer
     Raymond E. Plummer
     RAYMOND E. PLUMMER,
     ATTORNEY LLC
     1007 West Third Avenue, Suite 301
     Anchorage, AK 99501
     Telephone: 907-272-9665
     Facsimile 907-345-5396
     ABA 6911045

Motion to Accept Supplemental Pleading        05282007-1
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 2 of 2