Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,        )<br>                            )<br>         Plaintiff,         )<br>                            )<br> vs.                        )<br>                            )<br> UNITED STATES OF AMERICA,  )<br>                            )<br>                            )<br>         Defendant.         )<br>                            )<br>                            )<br>_____ ) | Case No. 3:06-cv-00150 JWS<br><br>[PROPOSED] ORDER GRANTING<br>MOTION TO ACCEPT<br>SUPPLEMENTAL PLEADING |

THIS MATTER having come before the court in Plaintiff's Motion to Accept Supplemental Pleading and the Court having considered all briefing and argument with respect thereto and otherwise being fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Accept Supplemental Pleading is GRANTED.

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE