Certificate of Service

I hereby certify that on May 29, 2007, a copy of the foregoing Motion to Accept Supplemental Pleading was served electronically on Nelson P. Cohen and Goud P. Maragani.


/s Raymond E. Plummer