NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT ) | Civil No. 06-w-00150 JWS |
| ) | |
| Plaintiff, ) | UNITED STATES' STATUS REPORT |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRADLEY A. HASLETT ) | |
| ) | |
| Counterclaim Defendant.) | |

The United States, by and through its undersigned counsel and pursuant to this Court's

Order (Docket Entry No. 42), files this Status Report on the proceedings in United States v. Bradley A. Haslett, et al., Civil No. 06-1044-TS (USDC D. Utah) ("1044").

On April 18, 2007, Magistrate Judge Alba of the United States District Court for the District of Utah granted Mr. Haslett's motion to stay the Utah proceedings with regard to the United States' claims against him. Docket Entry No. 29 in 1044. On May 2, 2007, the United States filed an Objection to Magistrate Judge Alba's Minute Order of April 18, 2007. Docket Entry No. 32 in 1044. On May 4, 2007, Magistrate Judge Alba issued a written order granting Mr. Haslett's motion to stay the proceedings with regard to the United States' claims against him. Docket Entry No. 34 in 1044. On May 14, 2007, the United States filed an Objection to Magistrate Judge Alba's written Order of May 4, 2007. Docket Entry No. 35 in 1044. On May 21, 2007, the Court vacated the initial pretrial conference because the case was stayed. Docket Entry No. 38 in 1044. As of August 10, 2007, the Utah court has not ruled on the United States' Objections. See Docket in 1044.

Dated this 13th day of August, 2007.

        NELSON P. COHEN
        United States Attorney

        s/ Goud Maragani
        GOUD P. MARAGANI
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6513
        Email: Goud.P.Maragani@usdoj.gov
              Western.taxcivil@usdoj.gov

        Attorneys for United States

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the UNITED STATES' STATUS REPORT has been made on this 13th day of August, 2007, by placing a copy thereof in a postage prepaid envelope addressed to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Raymond Plummer
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice