MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*BRADLEY A. HASLETT*    v.    *UNITED STATES OF AMERICA*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cv-00150-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: August 13, 2007

    This case was filed in June of 2006. A scheduling and planning order was filed at docket 11, pursuant to which discovery and motion practice would have been concluded by now. Unfortunately, the plan for getting this case ready for trial has been derailed by a disagreement over whether the parties' dispute should proceed in this court or in the district court in Utah.

    A motion to stay the case here in favor of the Utah forum was filed at docket 12, and a cross motion to enjoin pursuit of the case in Utah was filed at docket 19 on February 12, 2007. Ere this court could rule on the cross-motions, in response to motion practice in Utah, a magistrate judge recommended that the United States' claims against Haslett in Utah should be stayed. The United States promptly objected to the recommendation. However, It has now been a few days shy of five months since the magistrate judge made his recommendation, but the district judge in Utah has not acted.

    Given the state of the docket in Utah, this court must decline to consider requiring the parties to proceed in Utah. Rather, in the interests of justice and the discharge of this court's obligations under Fed. R. Civ. P. 1, the court will deny the motion at docket 12 so that this case may now proceed somewhere. Having denied the motion to stay, the court will deny the motion at docket 19 as moot.

    Counsel for the parties will promptly confer and within 20 days from the date of this order file a joint report suggesting mutually agreed modifications to the dates set in the scheduling and planning order at docket 11, and if the parties cannot agree, then the joint report shall set forth each party's suggested modified dates.

    For the reasons above, the motion at docket 12 is **DENIED**, and the motion at docket 19 is **DENIED** as moot.