NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT | ) | Civil No. 06-w-00150 JWS |
| | ) | |
| Plaintiff, | ) | JOINT REPORT |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY A. HASLETT | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

The parties, by and through their undersigned counsel and pursuant to this Court's Order

(Docket Entry No. 47), file this Joint Report.

On September 4, 2007, counsel for Bradley Haslett and the United States conferred and agreed to the following dates.  The parties agreed that: (1) all discovery must be commenced in time to be completed by June 30, 2008 and (2) each party shall serve and file a final, revised witness list by April 30, 2008.  The remaining deadlines in the Court's Scheduling and Planning Order depend on the deadline for discovery.  As such, the parties propose that the remainder of the Court's Scheduling and Planning Order remain the same.

Dated this 4th day of September, 2007.

        NELSON P. COHEN
        United States Attorney

        s/ Goud Maragani
        GOUD P. MARAGANI
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6513
        Email: Goud.P.Maragani@usdoj.gov
              Western.taxcivil@usdoj.gov

        Attorneys for United States


        s/ Raymond E. Plummer
        RAYMOND E. PLUMMER
        Raymond E. Plummer Attorney, LLC
        1007 West 3rd Avenue, Suite 301
        Anchorage, AK 99501
        Telephone: 907-272-9665

        Attorney for Bradley A. Haslett

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the JOINT REPORT has been made on this 4th day of September, 2007, by the Court's CM/ECF system to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Raymond Plummer
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice