Raymond E. Plummer
ABA 6911045
RAYMOND E. PLUMMER, ATTORNEY, LLC
1007 West Third Avenue, Suite 301
Anchorage AK 99501
Telephone 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00150 JWS |

### NOTICE OF CHAPTER 7 BANKRUPTCY FILING

Plaintiff Bradley A. Haslett hereby gives notice that on November 14, 2007 he filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of Alaska, case no. 07-00603.

Accordingly, all actions and proceedings against the Plaintiff are stayed as provided in 11 U.S.C. § 362 (a).

Dated this 27th day of November, 2007.

///

///

///

Notice of Chapter 7 Bankruptcy Filing                                                          Page 1 of 2
Bradley Haslett v. United States of America, Case No. 3:06-CV-00150 JWS
11262007-1

RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 272-9665
Fax: (907) 345-5396

Respectfully submitted,

RAYMOND E. PLUMMER, ATTORNEY LLC

Attorney for Plaintiff Bradley Haslett

/s/ Raymond E. Plummer
Raymond E. Plummer
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665
Facsimile 907-345-5396
ABA 6911045

Certificate of Service

I hereby certify that on November 27th, 2007 a copy of the foregoing Notice of Chapter 7 Bankruptcy Filing was served electronically on Goud P. Maragani.

/s Raymond E. Plummer

RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 272-9665
Fax: (907) 345-5396