NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT ) | Civil No. 06-w-00150 JWS |
| ) | |
| Plaintiff, ) | UNITED STATES' NOTICE OF ENTRY |
| ) | OF DISCHARGE IN PLAINTIFF'S |
| v. ) | CHAPTER 7 BANKRUPTCY |
| ) | PROCEEDING |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRADLEY A. HASLETT ) | |
| ) | |
| Counterclaim Defendant.) | |

The United States, by and through its undersigned counsel, files this Notice of Entry of

Discharge in Plaintiff's Chapter 7 Bankruptcy Proceeding.

On November 14, 2007, plaintiff filed a Chapter 7 bankruptcy petition. Docket Entry No. 1 in <u>In re: Bradley A. Haslett</u>, Bankr. No. 07-603 (U.S.B.C. D. AK.). On November 27, 2007, plaintiff filed a Notice of Chapter 7 Bankruptcy Filing with the Court. Docket Entry No. 49. On February 28, 2008, a discharge was entered in plaintiff's Chapter 7 bankruptcy proceeding. A copy of the discharge is attached to this notice as Exhibit A.

Dated this 24th day of March, 2008.

NELSON P. COHEN
United States Attorney

s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
       Western.taxcivil@usdoj.gov

Attorneys for United States

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the UNITED STATES' NOTICE OF ENTRY OF DISCHARGE IN PLAINTIFF'S CHAPTER 7 BANKRUPTCY PROCEEDING has been made on this 24th day of March, 2008, by the Court's CM/ECF system to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Raymond Plummer
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice