NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT | ) Civil No. 06-w-00150 JWS |
| ) | |
| Plaintiff, | ) STATUS REPORT |
| ) | |
| v. | ) |
| ) | |
| UNITED STATES OF AMERICA, | ) |
| ) | |
| Defendant. | ) |
| ) | |
| UNITED STATES OF AMERICA, | ) |
| ) | |
| Counterclaim Plaintiff, | ) |
| ) | |
| v. | ) |
| ) | |
| BRADLEY A. HASLETT | ) |
| ) | |
| Counterclaim Defendant. | ) |

Pursuant to the Court's Order dated March 25, 2008, the government, by and through its

-1-

undersigned counsel, files this status report.

On November 14, 2007, plaintiff filed a Chapter 7 bankruptcy petition.  Docket Entry No. 1 in <u>In re: Bradley A. Haslett</u>, Bankr. No. 07-603 (U.S.B.C. D. AK.).  On November 27, 2007, plaintiff filed a Notice of Chapter 7 Bankruptcy Filing with the Court.  Docket Entry No. 49.  On February 28, 2008, a discharge was entered in plaintiff's Chapter 7 bankruptcy proceeding.  Docket Entry No. 28 in <u>In re: Bradley A. Haslett</u>, Bankr. No. 07-603 (U.S.B.C. D. AK.).  On March 24, 2008, the government filed a notice informing the Court that a discharge was entered in plaintiff's bankruptcy.  Docket Entry No. 50.  On March 25, 2008, the Court ordered the parties to file a joint status report by April 18, 2008.  Docket Entry No. 51.  On April 16, 2008, undersigned counsel sent plaintiff's attorneys a draft joint status report.  As of the filing of this status report, neither of plaintiff's attorneys have responded to let undersigned counsel know whether he can file the joint status report with one of their electronic signatures.  As a result of the failure of plaintiff's counsel to contact government counsel, the government files this status report without their input.

In light of the discharge, the government proposes the following amendments to the deadlines in the Court's Scheduling and Planning Order: (1) all discovery must be commenced in time to be completed by June 30, 2008 and (2) each party shall also serve and file a final, revised witness list by June 30, 2008.  The remaining deadlines in the Court's Scheduling and Planning Order depend on the deadline for discovery.  As such, the government proposes that the remainder of the Court's Scheduling and Planning Order remain the same.

Dated this 18th day of April, 2008.

                                                                NELSON P. COHEN
United States Attorney

s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
       Western.taxcivil@usdoj.gov

Attorneys for United States

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the STATUS REPORT has been made on this 18th day of April, 2008, by the Court's CM/ECF system to:

George E. Goerig
Law Office of George E. Goerig, LLC
1007 West 3rd Avenue, Suite 301
Anchorage, AK 99501

Raymond Plummer
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice