Raymond E. Plummer
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00150 JWS<br>)<br>) **STATUS REPORT**<br>)<br>) |

  Plaintiff Bradley A. Haslett through counsel will soon file: Counsel's Motion for Leave to Withdraw, Consent to Withdrawal, and proposed Order Granting Motion for Leave to Withdraw.

  In Defendant's proposed Joint Status Report, Defendant has proposed June 30, 2008 as the date for completion of discovery and filing of final witness lists. Such dates are premature in light of the present posture of the case and its having been dormant for significant periods of time.

Plaintiff's Status Report              04/18/08-1
*Haslett v. U.S.*, Case No. 3:06-cv-00150 JWS
Page 1 of 3

The dates proposed are further impractical due to Bradley A. Haslett's wish to represent him in this litigation.

The undersigned counsel attempted without success to reach Good P. Maragani by telephone on April 18, 2008 (the date specified by the Court in Docket Entry No. 50). Counsel has filed this status report without contact or input from the government.

Apparently no coordination has occurred as to scheduling and pretrial deadlines in the related case in the District of Utah.

Bradley A. Haslett respectfully requests and submits that a reasonable amount of time be provided for the parties to consider and finally reach agreement on or make proposals to the Court of appropriate pretrial deadlines.

DATED at Anchorage, Alaska, this 18th day of April, 2008.

> RAYMOND E. PLUMMER, ATTORNEY LLC
> Attorney for Plaintiff Bradley A. Haslett
>
> /s/ Raymond E. Plummer
> Raymond E. Plummer
> RAYMOND E. PLUMMER, ATTORNEY LLC
> 1007 West Third Avenue, Suite 301
> Anchorage, AK 99501
> Telephone: 907-272-9665
> Facsimile 907-345-5396
> e-mail: rayplummer@alaska.net
> Alaska Bar No. 6911045

Certificate of Service

I hereby certify that on April 18, 2008, a copy of the foregoing Status Report was served electronically via the Court's CM/ECF system on those designated on the system and specifically to:

Nelson P. Cohen and Goud P. Maragani

/s Raymond E. Plummer