Raymond E. Plummer
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-00150 JWS |
| ) | |
| UNITED STATES OF AMERICA, ) | **COUNSEL'S MOTION FOR** |
| ) | **LEAVE TO WITHDRAW** |
| Defendant. ) | |

Subject to Approval of the Court, pursuant to Local Rule 11.1(c), Counsel Raymond E. Plummer hereby moves for leave to withdraw as counsel for Bradley A. Haslett in the above-entitled proceeding. This Motion is accompanied by a Written Consent of Bradley A. Haslett which sets forth good cause for such withdrawal.

Mr. Haslett will be substituting as counsel for himself and will proceed as Pro Se in this action. All future pleadings and court filings can be sent directly to Bradley A. Haslett at: P.O. Box 110570, Anchorage, AK 99511 or to his e-mail address of: bhaslett@suite200llc.com, since he is not on the Court's electronic filing system.

Counsel's Motion for Leave to Withdraw                04/18/08-1
*Haslett v. U.S.*, Case No. 3:06-cv-00150 JWS
Page 1 of 2

DATED at Anchorage, Alaska, this ____ day of April, 2008.

RAYMOND E. PLUMMER, ATTORNEY LLC
Attorney for Plaintiff Bradley A. Haslett

/s/  Raymond E. Plummer
Raymond E. Plummer
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665
Facsimile 907-345-5396
e-mail: rayplummer@alaska.net
Alaska Bar No. 6911045

Certificate of Service

I hereby certify that on April 21,
2008, a copy of the foregoing
Counsel's Motion for Leave to Withdraw
was served electronically via the
Court's CM/ECF system on those
designated on the system and
specifically to: Nelson P. Cohen and
Goud P. Maragani

/s Raymond E. Plummer

Counsel's Motion for Leave to Withdraw                                04/18/08-1
Haslett v. U.S., Case No. 3:06-cv-00150 JWS
Page 2 of 2