Raymond E. Plummer
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, | ) |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-00150 JWS<br>) **[PROPOSED]**<br>) **ORDER GRANTING MOTION**<br>) **FOR LEAVE TO WITHDRAW** |
| Defendant. | ) |

THIS MATTER having come before the Court on Counsel's Motion for Leave to Withdraw, supported by Bradley A. Haslett's Consent to Withdrawal; the Court having considered the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion by Raymond E. Plummer for Leave to Withdraw is GRANTED and Raymond E. Plummer is hereby withdrawn as counsel for Bradley A. Haslett in this matter.

DATED at Anchorage, Alaska, this _____ day of April, 2008.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE

Order Granting Motion for Leave to Withdraw                04/21/08-2
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 2

Certificate of Service

I hereby certify that on April 21, 2008, a copy of the foregoing Order Granting Motion for Leave to Withdraw was served electronically via the Court's CM/ECF system on those designated on the system and specifically to: Nelson P. Cohen and Goud P. Maragani


/s Raymond E. Plummer

Order Granting Motion for Leave to Withdraw     04/21/08-2
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 2 of 2