Raymond E. Plummer
RAYMOND E. PLUMMER, ATTORNEY LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-272-9665/Facsimile 907-345-5396
Attorney for Plaintiff Bradley A. Haslett

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00150 JWS<br>)<br>) **CONSENT TO**<br>) **WITHDRAWAL**<br>) |

   I HEREBY REQUEST CONSENT and AGREE to the withdrawal of RAYMOND E. PLUMMER, as counsel for me in this action. Service of further pleadings and court filings should be mailed to the undersigned at:

   Mr. Bradley Haslett
   P.O. Box 110570
   Anchorage, AK  99511
   bhaslett@suite200llc.com.

   I am fully satisfied with the representation provided to me by Raymond E. Plummer in this action.

   On my own initiative, I considered and determined I wish to proceed Pro Se. I did so without suggestion or request by Raymond E. Plummer.

I respectfully submit that good cause exists for such withdrawal (including my financial situation, health and absence of likely opportunities of future employment).

In the future, I wish to represent myself in a Pro Se capacity because I can no longer afford representation and do not wish to seek sources of funding of my representation from others.

I further request and submit that good cause exists and is shown by this Consent and no hearing or further notice need or should be held or required for counsel to withdraw.

DATED at Anchorage, Alaska, this 21st day of April, 2008.

_____
Bradley A. Haslett
P.O. Box 110570
Anchorage, AK  99511
E-mail: bhaslett@suite200llc.com.

Certificate of Service

I hereby certify that on April 21, 2008, a copy of the foregoing Consent to Withdrawal was served electronically via the Court's CM/ECF system on those designated on the system and specifically to: Nelson P. Cohen and Goud P. Maragani

/s Raymond E. Plummer