IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) Case No. 3:06-cv-00150 JWS | |
| UNITED STATES OF AMERICA, ) | |
| ) **ORDER GRANTING MOTION** | |
| Defendant. ) **FOR LEAVE TO WITHDRAW** | |
| _____) | |

THIS MATTER having come before the Court on Counsel's Motion for Leave to Withdraw, supported by Bradley A. Haslett's Consent to Withdrawal; the Court having considered the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion by Raymond E. Plummer for Leave to Withdraw is GRANTED and Raymond E. Plummer is hereby withdrawn as counsel for Bradley A. Haslett in this matter.

DATED at Anchorage, Alaska, this 22nd day of April, 2008.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE

Order Granting Motion for Leave to Withdraw                         04/22/08-2
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 1