GEORGE E. GOERIG
LAW OFFICE OF GEORGE E. GOERIG, LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-278-9926/Facsimile 907-279-9926
Attorney for Plaintiff Bradley A. Haslett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BRADLEY A. HASLETT,            )
                               )
        Plaintiff,             )
                               )
vs.                            )
                               )
UNITED STATES OF AMERICA,      )
                               )
        Defendant.             )
_____) Case No. 3:06-CV-00150 JWS

### COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

Subject to Approval of the Court, pursuant to Local Rule 11.1(c), Counsel George E. Goerig hereby moves for leave to withdraw as counsel for Bradley A. Haslett in the above-entitled proceeding. This Motion is accompanied by a Written Consent of Bradley A. Haslett which sets forth good cause for such withdrawal.

Mr. Haslett will be substituting as counsel for himself and will proceed as Pro Se in this action. All future pleadings and court filings can be sent directly to Bradley A. Haslett at: P.O. Box 110570, Anchorage, AK 99511 or to his e-mail address of: bhaslett@suite200llc.com, since he is not on the Court's electronic filing system.

Counsel's Motion for Leave to Withdraw
*Haslett v. U.S.*, Case No. 3:06-cv-00150 JWS
Page 1 of 2

LAW OFFICE OF GEORGE E. GOERIG
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 278-9926
Facsimile (907) 279-9926

DATED at Anchorage, Alaska, this 5th day of May, 2008.

LAW OFFICE OF GEORGE E. GOERIG, LLC
Attorney for Plaintiff Bradley A. Haslett

/s/ George E. Goerig
George E. Goerig
LAW OFFICE OF GEORGE E. GOERIG, LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-278-9926
Facsimile 907-279-9926
e-mail: gegoerig@goeriglaw.com
Alaska Bar No. 7610092

Certificate of Service

I hereby certify that on May 5, 2008, a copy of the foregoing Counsel's Motion for Leave to Withdraw was served electronically via the Court's CM/ECF system on those designated on the system and specifically to: Nelson P. Cohen and Goud P. Maragani

/s George E. Goerig

LAW OFFICE OF GEORGE E. GOERIG
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 278-9926
Facsimile (907) 279-9926

Counsel's Motion for Leave to Withdraw
*Haslett v. U.S.*, Case No. 3:06-cv-00150 JWS
Page 2 of 2