George E. Goerig
LAW OFFICE OF GEORGE E. GOERIG, LLC
1007 West Third Avenue, Suite 301
Anchorage, AK 99501
Telephone: 907-278-9926/Facsimile 907-279-9926
Attorney for Plaintiff Bradley A. Haslett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, | ) |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) Case No. 3:06-CV-00150 JWS |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW**

THIS MATTER having come before the Court on Counsel's Motion for Leave to Withdraw, supported by Bradley A. Haslett's Consent to Withdrawal; the Court having considered the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion by George E. Goerig for Leave to Withdraw is GRANTED and George E. Goerig is hereby withdrawn as counsel for Bradley A. Haslett in this matter.

Order Granting Motion for Leave to Withdraw
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 1 of 2

DATED at Anchorage, Alaska, this ____ day of _____, 2008.

JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE

Certificate of Service

I hereby certify that on May 5th, 2008, a copy of the foregoing Order Granting Motion for Leave to Withdraw was served electronically via the Court's CM/ECF system on those designated on the system and specifically to: Nelson P. Cohen and Goud P. Maragani

/s George E. Goerig

LAW OFFICE OF GEORGE E. GOERIG
1007 West Third Avenue, Suite 301
Anchorage, Alaska 99501
Telephone (907) 278-9926
Facsimile (907) 279-9926

Order Granting Motion for Leave to Withdraw
*Haslett v. U.S.* Case No. 3:06-cv-00150 JWS
Page 2 of 2