IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRADLEY A. HASLETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) Case No. 3:06-CV-00150 JWS |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

THIS MATTER having come before the Court on Counsel's Motion for Leave to Withdraw, supported by Bradley A. Haslett's Consent to Withdrawal; the Court having considered the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion by George E. Goerig for Leave to Withdraw is GRANTED and George E. Goerig is hereby withdrawn as counsel for Bradley A. Haslett in this matter.

DATED at Anchorage, Alaska, this 6th day of May 2008.

                                                  /s/  JOHN W. SEDWICK
                                                UNITED STATES DISTRICT COURT JUDGE