**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

BRADLEY A. HASLETT   v.   UNITED STATES OF AMERICA

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:06-cv-00150-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed the status reports at dockets 52 and 53. Based thereon, and on the file in this case the following new deadlines are set:

1. A final revised witness list shall be filed not later than July 7, 2008. Only persons who are listed on that final revised witness list will be permitted to testify at trial.

2. Discovery shall be conducted so as to be completed not later than August 18, 2008.

3. Discovery motions shall be filed not later than August 29, 2008.

4. Dispositive motions and motions in limine shall be filed not later than September 8, 2008.

DATE:  June 13, 2008

ENTERED AT JUDGE'S DIRECTION
INITIALS:  rmc
Deputy Clerk

[FORMS*IA*]