NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT | ) | Civil No. 06-w-00150 JWS |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION FOR AN |
| | ) | EXTENSION OF TIME TO FILE ITS |
| v. | ) | FINAL REVISED WITNESS LIST |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY A. HASLETT | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

The United States, by and through its undersigned counsel, moves the Court for an

extension of time to file its final revised witness list from July 7, 2008 to August 18, 2008.

Pursuant to the Scheduling Order entered by the Court, each party's final revised witness list is due on July 7, 2008. However, in order to determine who will be witnesses at trial, the government needs to take depositions of the individuals (identified by the plaintiff and the IRS) that were involved with Winward Electrical Services, Inc. Because of the number of individuals identified by the plaintiff and the IRS, the government anticipates taking ten depositions in this case. Currently, depositions in this case are scheduled to begin on August 5, 2008. In order to have sufficient time to complete the depositions and submit an accurate final revised witness list, the government requests until August 18, 2008 to file its final revised witness list.

Dated this 7th day of July, 2008.

                                                         NELSON P. COHEN
United States Attorney

s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
       Western.taxcivil@usdoj.gov

Attorneys for United States

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE ITS FINAL REVISED WITNESS LIST has been made on this 7th day of July, 2008, by placing a copy thereof in a postage prepaid envelope addressed to:

Bradley A. Haslett
P.O. Box 110570
Anchorage, AK 99511-0570


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice