NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT | ) | Civil No. 06-w-00150 JWS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY A. HASLETT | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

3411172.1

THE COURT, having considered the United States' Motion for Extension of Time to File its Final Revised Witness List and the entire file herein, and good cause being shown therefore, hereby ORDERS that the United States has until August 18, 2008 to file its final revised witness list.

DATED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

NELSON P. COHEN
United States Attorney

s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
       Western.taxcivil@usdoj.gov

Attorneys for United States

3411172.1

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that service of the [PROPOSED] ORDER has been made on this 7th day of July, 2008, by placing a copy thereof in a postage prepaid envelope addressed to:

Bradley A. Haslett
P.O. Box 110570
Anchorage, AK 99511-0570


s/ Goud Maragani
GOUD P. MARAGANI
Trial Attorney, Tax Division
U.S. Department of Justice