IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT | ) | Civil No. 06-cv-00150 JWS |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY A. HASLETT | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

   THE COURT, having considered the United States' Motion for Extension of Time to File its Final Revised Witness List and the entire file herein, and good cause being shown therefore, hereby ORDERS that the United States has until August 18, 2008 to file its final revised witness list.

   DATED this 8th day of July 2008.

                                          /s/ JOHN W. SEDWICK
                                          UNITED STATES DISTRICT JUDGE

3411172.1