NELSON P. COHEN
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

GOUD P. MARAGANI
LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6513

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRADLEY A. HASLETT | ) | Civil No. 06-w-00150 JWS |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION TO EXTEND |
| | ) | DISCOVERY DEADLINE, THE |
| v. | ) | DISPOSITIVE MOTION DEADLINE, AND |
| | ) | FOR LEAVE TO TAKE TWELVE |
| UNITED STATES OF AMERICA, | ) | DEPOSITIONS AND PROPOSED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY A. HASLETT | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

The United States, by and through its undersigned counsel, moves the Court to extend the

discovery deadline and the dispositive motion deadline. The extension is not sought to delay these proceedings, but to allow the government to consolidate travel and prevent the expenditure of limited government resources. The only deadlines the United States seeks to change are the discovery deadline and the dispositive motion deadline. The United States also seeks leave to take twelve depositions.

Currently, the discovery deadline is August 18, 2008. Docket Entry No. 60. In the related case of <u>United States v. David C. Gerber, et al.</u>, Civil No. 2: 06-cv-01044 TS (USDC Utah)[1], the discovery deadline is August 29, 2008. The United States proposes extending the discovery deadline in this case to August 29, 2008. Currently, the dispositive motion deadline is September 8, 2008. The United States proposes extending the dispositive motion deadline to October 6, 2008. The United States does not seek to extend any other deadlines in this case.

In addition, the United States seeks leave to take twelve depositions in this action. The United States has identified ten witnesses that it wishes to depose. The Plaintiff has indicated that he would like the United States to depose two additional witnesses. The United States requests leave to accommodate the Plaintiff's request.

//

---

[1] There were four individuals assessed the trust fund recovery penalty in this case. Mr. Haslett's liability is being litigated in this Court. The liabilities of Messrs. Gerber, Millerberg and Quesinberry are being litigated in the district court in Utah. Both cases involve similar facts and legal issues. In fact, the same witnesses are necessary for both cases. As such, having the same discovery deadline in both cases will allow both cases to proceed to trial or settlement efficiently.

Dated this 6th day of August, 2008.

                                                  NELSON P. COHEN
United States Attorney

s/ Lauren Castaldi
GOUD P. MARAGANI
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6513
Email: Goud.P.Maragani@usdoj.gov
       Lauren.M.Castaldi@usdoj.gov
       Western.taxcivil@usdoj.gov

Attorneys for United States

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the UNITED STATES' MOTION TO EXTEND DISCOVERY DEADLINE, THE DISPOSITIVE MOTION DEADLINE, AND FOR LEAVE TO TAKE TWELVE DEPOSITIONS AND PROPOSED ORDER has been made on this 6th day of August, 2008, by placing a copy thereof in a postage prepaid envelope addressed to:

Bradley A. Haslett
P.O. Box 110570
Anchorage, AK 99511-0570

                                              s/ Lauren Castaldi
                                              LAUREN M. CASTALDI
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice